RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Jose Luis Ruiz-Gutierrez

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00579-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** (Second Request) |
| v. | |
| JOSE LUIS RUIZ-GUTIERREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jose Luis Ruiz-Gutierrez, that the Preliminary Hearing currently scheduled on February 17, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.      Undersigned defense counsel recently inherited the case. The parties are still working towards a pre-indictment resolution but require additional time.

2.      Defendant is incarcerated and does not object to a continuance.

3.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 11th day of February 2026.

| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Deputy Attorney General of the United States |
|---|---|
| By /s/ Raquel Lazo | By /s/ Clay Plummer |
| RAQUEL LAZO<br>Assistant Federal Public Defender | CLAY PLUMMER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00579-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| JOSE LUIS RUIZ-GUTIERREZ, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on February 17, 2026 at the hour of 4:00 p.m., be vacated and continued to **May 19, 2026, at 4:00 p.m.**

DATED this 11th day of February 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3